✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:

 

 

    Defendant Christopher Klundt was found not guilty on all Counts, 1, 2, 3, 4, 5, 6, and 7, of the Indictment.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____

Signature of Judge

_____

Name of Judge                    Title of Judge

_____

Date